

**FUNK & BOLTON**
ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION
TWELFTH FLOOR
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND
21201-3111
PHONE: 410.659.7700
FAX: 410.659.7773
www.fblaw.com

DAVID M. FUNK (MD)
BRYAN D. BOLTON (MD, PA)
REN L. TUNDERMANN (MD)
CHARLES D. MACLEOD (MD)
LINDSEY A. RADER (MD)
DEREK B. YARMIS (MD, DC)
JEFFERSON L. BLOMQUIST (MD)
MICHAEL P. CUNNINGHAM (MD, DC)
JAMES F. TAYLOR (MD)
MARK A. BARONDESS (MD, DC, VA, CA)
CHRISTOPHER W. POVERMAN (MD, DC, DE, NJ)
DONALD B. DAVIS, JR. (MD)
ELISSA D. LEVAN (MD)
ERIC S. SCHUSTER (MD, DC, PA)
SCOTT R. JAMISON (MD, DC)

SENIOR COUNSEL
MARY E. MCGRATH (MD, DC)
AMY L. STRACHAN (PA, NJ)

ASSOCIATES
TAMAL A. BANTON (MD)
SHANI DINOVITZ (MD)
PATRICK W. THOMAS (MD)
MICHAEL D. GORFINKLE (MA, DC)
JUSTIN S. LANDRETH (MD, NY)
MICHELLE R. SAWYER (MD)

OF COUNSEL
KEVIN J. BEST (MD, DC)
STEPHEN P. CARNEY (MD)
GARY C. HARRIGER (MD)
ROBERT H. LEVAN (MD, DC, NY)
DEBORAH R. RIVKIN (MD)
KIMBERLY Y. ROBINSON (MD)
KAREN P. RUFF (MD)
RONALD L. SOUDERS (PA, DC)
VICTOR K. TERVALA (MD)

October 27, 2009

**_VIA E-MAIL & FIRST CLASS MAIL_**

Honorable Paul W. Grimm
Garmatz Federal Court House
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *Kemp, et al. v. Harris, et al.*, U.S.D.C. Md. Civil No.: 1:08-CV-00793-WDQ

Dear Judge Grimm:

    This letter is in follow up to your Order dated October 13, 2009 and is submitted on behalf of counsel for all parties.

    Before you issued your order, the parties had convened, discussed a reasonable discovery plan, and on September 30, 2009, submitted a Joint Motion to Modify the Scheduling Order, which Judge Quarles granted by Order dated October 1, 2009.

    On October 26, 2009, the City and Plaintiffs reached a settlement of all claims on behalf of all parties.

                                Respectfully submitted,

                                  Jefferson L. Blomquist
                                  Attorney for Defendant William Harris

JLB/dj

cc:    Neal M. Janey, Jr.
       Joseph Spicer
       Troy A. Priest
       Matthew E. Bennett
       Christine P. Needleman

58154.002:125746v1